943 So.2d 251 (2006)
Lloyd Anthony MEDINA, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D06-2050.
District Court of Appeal of Florida, Third District.
November 8, 2006.
Lloyd Anthony Medina, in proper person.
Charles J. Crist, Jr., Attorney General, for appellee.
Before FLETCHER, SHEPHERD, and SUAREZ, JJ.
PER CURIAM.
Affirmed. Fla. R.Crim. P. 3.850(b); Morgan v. State, 912 So.2d 642 (Fla. 5th DCA 2005), review denied, 929 So.2d 1053 (Fla. 2006).